RECEIVED
MAR 2 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MORGAN PLANTATION, INC. | : | DOCKET NO. 2:16-cv-1620 |
| VS. | : | CHIEF JUDGE DRELL |
| TENNESSEE GAS PIPELINE CO., LLC ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand be and hereby is **DENIED**, and that all claims against defendant Edgewater Oil Company, Inc. be **DISMISSED WITH PREJUDICE.**

**THUS DONE** this 28th day of March, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT