RECEIVED
OCT 26 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MORGAN PLANTATION, INC. | : | DOCKET NO. 2:16-cv-1620 |
| VS. | : | CHIEF JUDGE DRELL |
| TENNESSEE GAS PIPELINE CO., LLC ET AL. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed, determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Motion for a More Definite Statement [doc. 6] be **DENIED** and that the Motions to Dismiss [docs. 5, 6] be **GRANTED** in the following respects:

1. Counts 1 and 2 should be dismissed without prejudice as to Exxon.
2. Count 3 should be dismissed without prejudice as to both defendants.
3. Count 5 should be dismissed without prejudice as to both defendants.
4. The portion of Count 7 alleging breach of an express lease provision should be dismissed without prejudice as to both defendants.
5. Count 9 should be dismissed without prejudice as to both defendants.
6. Count 10 should be dismissed without prejudice as to both defendants.
7. The claim to entitlement of civil fruits should be dismissed without prejudice as to both defendants.

In all other respects, the Motions to Dismiss are **DENIED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 26TH day of October, 2017.

*[signature]*
**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**